SOUTH FLORIDA LUMBER COMPANY, *Plaintiff in Error,*
v. DEKLE INVESTMENT COMPANY, *Defendant in Error.*

Opinion Filed January 26, 1917.

Writ of Error to Circuit Court for Osceola County;
J. W. Perkins, Judge.

PER CURIAM.—The judgment herein is affirmed, on
the authority of Donegan v. Dekle Investment Company,
filed this day.

BROWNE, C. J., and TAYLOR, SHACKLEFORD, WHIT-
FIELD and ELLIS, JJ., concur.